## THE STATE *vs.* LUCIEN MURAT.

This court will grant a rule for a struck jury to try an indictment pending in the Oyer and Terminer.

Le Branthwait *v.* Halsey.

This was an indictment in the Oyer and Terminer of Burlington.

*Wall,* for the defendant, said he was extremely anxious to have this indictment tried at the next Oyer and Terminer, and to have the benefit of a special jury, and asked if this court could grant a rule for a special jury to try a cause in the Oyer and Terminer. He had understood that there had been such a practice.

CHIEF JUSTICE. There are divers instances in which this court has ordered special juries for the Oyer and Terminer.

*R. Stockton,* as amicus curiæ, said he recollected many instances in which it had been done; but that he had always entertained doubts as to the propriety of it.

CHIEF JUSTICE. It has been the practice of the court. Therefore you may take a rule for a special jury.